# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

142166 & (23)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEANDRE L. KING,
      Defendant-Appellant.

SC: 142166
COA: 297561
Wayne CC: 06-006791-FC

_____/

On order of the Court, the application for leave to appeal the October 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to amend argument and file supplemental pleading is DENIED. The Self-Defense Act, MCL 780.971, *et seq.,* does not retroactively apply to conduct that occurred before its effective date. See MCL 780.972; *People v Dupree,* 486 Mich 693, 708 (2010).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

h0418